UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re the Matter of | ) | DOCKET NO. 3:14-MJ-90 |
| | ) | |
| Material Witness | ) | ORDER DISMISSING MATTER |
| CANDISE GRIFFIN | ) | AND ARREST WARRANT |
| | ) | |

UPON MOTION of the United States and it appearing to the Court that Candise Griffin has satisfied her obligation to appear and testify in the trial of *United States v. Shahid Muslim*, 3:13CR370, it is hereby **ORDERED** that this matter and the pending arrest warrant in this matter are **DISMISSED**. The Court further notes that the behavior leading to the issuance of an arrest warrant for violation of conditions of release is a serious matter and is not taken lightly by the Court. Nevertheless, based upon the United States' representation that Ms. Griffin is a victim in the *Muslim* case, that her testimony is complete, and that there is little value in further detaining or punishing Ms. Griffin, the United States' Motion is hereby **GRANTED**.

Signed: August 7, 2014

David C. Keesler
United States Magistrate Judge

1